IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15cv221

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, as subrogee of Lenore Barnett, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ORDER ) |
| TEMP-VENT CORPORATION, | ) ) |
| Defendant. | ) ) |

Pending before the Court is the Stipulated Motion to Substitute Party [# 10]. The parties move to substitute Air Vent, Inc. as the proper Defendant in this action in place of Temp-Vent Corporation. Upon a review of the motion and the record, the Court **GRANTS** the motion [# 10]. The Court **DIRECTS** the Clerk to **SUBSTITUTE** Air Vent, Inc. as the Defendant in this action.

Signed: January 20, 2016

Dennis L. Howell
United States Magistrate Judge