# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:15cv221

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, as subrogee of Lenore Barnett, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| AIR VENT, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pending before the Court is the Motion to Withdraw as Attorney [# 46].

Katherine Pomroy moves to withdraw as counsel of record in this case for

Defendant Regal Beloit America, Inc. Defendant will continue to be represented

by the remaining counsel of record. For good cause shown, the Court **GRANTS**

the motion [# 46] and **DIRECTS** the Clerk to remove Katherine Pomroy as

attorney of record in this case.

Signed: October 14, 2016

Dennis L. Howell
United States Magistrate Judge